UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| STELLA L. HICKS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-189-TAV-HBG |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

# ORDER

This Social Security appeal is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on February 5, 2016 [Doc. 20]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In the R&R, the magistrate judge recommends that plaintiff's motion for judgment on the administrative record [Doc. 16] be denied and that the Commissioner's motion for summary judgment [Doc. 18] be granted.

The Court has carefully reviewed this matter, including the underlying motions and the complaint, and the Court is in agreement with the magistrate judge's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 14], and it is **ORDERED** that the Commissioner's Motion for Summary Judgment [Doc. 18] is **GRANTED** and plaintiff's Motion for Judgment on the Administrative Record [Doc. 16]

is **DENIED**. This case is **DISMISSED** and the Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT